## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**VENTURE, INC.**                                                                                       CASE NO. 23-02186-JAW

**DEBTOR.**                                                                                                    CHAPTER 11

### Notice of Deficiency

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

- **List of Equity Security Holders**
- **Schedules A/B, D, E/F, G, & H** *(Official Forms: 206 A/B, 206 D, 206 E/F, 206 G, & 206 H)*
- **Summary of Assets and Liabilities** *(Official Form 206Sum)*
- **Statement of Your Financial Affairs**: *(Official Form 207)*
- **Declaration Under Penalty of Perjury for Non-Individuals**: *(Official Form 202)*
- **Attorney Disclosure Statement**: *(Official Form 2030)*

In the event the above documents are not filed on or before **October 6, 2023** the Court may dismiss this case without further notice or hearing.

Dated: September 22, 2023                               Danny L. Miller, Clerk of Court

                                                                            By: /s/ Beth Harkins

                                                                            Thad Cochran U.S. Courthouse
                                                                            501 E. Court St., Ste. 2.300
                                                                            Jackson, MS 39201
                                                                            601-608-4600